[Cite as *Fowler v. Ohio Dept. of Transp.*, 2010-Ohio-6631.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MICHAEL FOWLER

      Plaintiff

      v.

Case No. 2010-07792-AD

Deputy Clerk Daniel R. Borchert

<u>ENTRY OF DISMISSAL</u>    OHIO DEPARTMENT OF TRANSPORTATION

      Defendant

{¶ 1} On June 4, 2010 and August 19, 2010, plaintiff was ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Michael Fowler
5495 Poolbeg Street
Canal Winchester, Ohio 43110

Ohio Department of Transportation
1980 West Broad Street
Columbus, Ohio 43223

DRB/laa
Filed 10/12/10
Sent to S.C. reporter 1/21/11